In the Matter of the Accounting of LILLIAN C. EYEINGTON et al., as Trustees under the Will of FRANK V. E. BARDOL, Deceased.

LILLIAN C. EYEINGTON et al., as Trustees, et al., Appellants; LILLIAN C. EYEINGTON, as Administratrix of the Estate of FRANKLIN V. E. BARDOL, Deceased, et al., Respondents.

Argued April 19, 1938; decided May 24, 1938.

544

*Ray M. Stanley* for appellants.

*George H. Kennedy* and *David F. Doyle* for Alice Bardol, respondent.

*Willard J. Magavern* and *John W. Ryan* for Lillian C. Eyeington, as administratrix, et al., respondents.

Order affirmed, with costs to all parties appearing by separate attorneys and filing briefs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.